UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARITY MONIQUE RUSSELL | CIVIL ACTION NO. 20-0805 |
| VERSUS | CHIEF JUDGE HICKS |
| IRVING PLACE ASSOCIATES L P, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is Plaintiff's Motion to Remand (Record Document 8) for lack of subject matter jurisdiction. The Magistrate Judge has filed a Report and Recommendation previously which recommends that the motion be granted and this case be remanded to state court. After briefing was completed and the Report and Recommendation had already been issued, the Fifth Circuit issued decisions that rejected similar asserted grounds for removal and affirmed remand in other cases involving comparable claims. Mitchell v. Advanced HCS, LLC, 28 F.4th 580 (5th Cir. 2022); Perez *ex rel.* Estate of Lozano v. Southeast SNF, LLC, 2022 WL 987187 (5th Cir. 2022). Two other circuits have similarly rejected the removal arguments presented in this case. Maglioli v. Alliance HC Holdings, LLC, 16 F.4th 393 (3rd Cir. 2021); Saldana v. Glenhaven Healthcare, LLC, 27 F.4th 679 (9th Cir. 2022).

Having thoroughly reviewed the record, including the Report and Recommendation of the Magistrate Judge and written objections filed, considering the Mitchell precedent and other persuasive decisions cited above, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 8) is **GRANTED** for lack of subject matter jurisdiction, and this case is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 5th day of July, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT